UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) <br> ) |
| v. | )    CRIMINAL NO. 2:08-CR-111-DBH <br> ) |
| JOSE REYNOSO, | ) <br> ) |
| DEFENDANT | ) |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

The motion is **GRANTED** with the court's thanks. Counsel has fully completed the assigned task.

**SO ORDERED.**

**DATED THIS 18TH DAY OF JUNE, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**